IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**QUADEX, INC.** **PLAINTIFF**

v. No. 4:10-cv-2010-DPM

**CUSTOM SPRAY TECH, LLC**
**and DAVID MATTINGLY** **DEFENDANTS**

JUDGMENT

Quadex's claims and Custom Spray Tech's counterclaims are dismissed with prejudice pursuant to the parties's settlement agreement.

*[signature]*
D.P. Marshall Jr.
United States District Judge

18 September 2012